**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 23-6488

Caption [use short title]: U.S.A. v. MICHAEL WHITE

**Motion for:** Leave to withdraw as counsel & appointment of new CJA counsel

Set forth below precise, complete statement of relief sought:
withdrawal of CJA appointment due to impending impending retirement, and appointment of successor CJA counsel on behalf of Defendant-Appellant.

**MOVING PARTY:** MICHAEL WHITE

- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** UNITED STATES OF AMERICA

[name of attorney, with firm, address, phone number and e-mail]

**MOVING ATTORNEY:**
Michael H. Sporn
299 Broadway Suite 800 791-1200
New York, N.Y. 10007 mhsporn@gmail.com

**OPPOSING ATTORNEY:**
Alexandra Rothman, Asst. U.S. Atty
One St. Andrew's Plaza 637-2480
New York, N.Y. 10007 alexandra.rothman@usdoj.gov

Court- Judge/ Agency appealed from: Hon. Analisa Torres, U.S.D.J., S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [x] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [x] No
Has this relief been previously sought in this court? [ ] Yes [x] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [x] No If yes, enter date:

**Signature of Moving Attorney:**
Michael Sporn

**Date:** June 7, 2023

Service by: [ ] CM/ECF [x] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee, | : | DECLARATION |
| -against- | : | Docket No. 23-6488 |
| MICHAEL WHITE, | : | |
| Defendant-Appellant. | : | |

---------------------------------------------------x

Michael H. Sporn, an attorney at law duly admitted to practice law in the United States Court of Appeals for the Second Circuit declares, under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am the attorney for the Defendant-Appellant, MICHAEL WHITE, having been appointed to represent Mr. WHITE in the District Court and in this Court. I make this Declaration in support of a Motion to Withdraw as counsel for Mr. WHITE.

2. On or about July 18, 2018, Mr. White was charged in the Southern District of New York, in Indictment 17 Cr 611, in four counts. Counts 1 and 2 charged that Mr. White was a member of two distinct racketeering conspiracies. He went to trial and was convicted on all four counts on October 16, 2018.

3. Mr. White filed a post-verdict motion for an acquittal or a new trial. On September 11, 2019 the District Court granted the motion as to Count 1 only, and sentenced him to a total punishment of twenty years' imprisonment on the remaining three Counts.

4. Mr. White appealed the Judgment of conviction and sentence as to the remaining three Counts, and the government cross-appealed the District Court's Order dismissing Count 1.

After briefing and argument, on August 2, 2021, the Second Circuit reversed the District Court Order dismissing Count 1, remanded Count 1 to the District Court for sentencing and affirmed the Judgment of Conviction and the sentence on the remaining Counts. *See United States v. White*, 19-3313, Dkt. 192.

5, On remand for sentencing on Count 1, I was appointed in the District Court, pursuant to the CJA Act, to represent Mr. White. He had been represented by other counsel in prior proceedings. In addition to filing sentencing submissions, I also filed a motion for Habeas relief, or alternatively for a new trial pursuant to FRCRP Rule 33 with respect to the conviction on Count 11charging Mr. White with possessing, using or carrying a firearm in relation to violence in violation of 18 U.S.C. §924(c).

6. The District Court denied that motion in an Order dated November 16, 2022. *See United States v. White*, 17 Cr. 611 (AT), Doc. No. 833. On April 26, 2023, the District Court sentenced Mr. White to five years' imprisonment on Count 1to be served concurrently with the sentences previously imposed on Counts 2 and 4, and consecutive to the sentence previously imposed on Count 11.

7. At Mr. White's request, on May 10, 2023 I filed a timely Notice of Appeal of the Judgment on Count 1, but not the sentence, to preserve his right to pursue appropriate appellate remedies. I now make this motion to be relieved as counsel for Mr. White, and respectfully request that other CJA counsel be appointed on his behalf.

8. I have been on the CJA panel since approximately 1982, renewing my application to serve at the regularly scheduled three year intervals. When the time to renew came at the end of 2021, I decided not to with a view to retiring upon finishing the cases on which I already had been appointed. That included Mr. White. I have not taken on any new cases or new

appointments either in District Courts or in the Circuit since the end of 2021, and I am rapidly closing out my preexisting docket of cases. For that reason, although I filed a Notice of Appeal to protect his rights, I did not contemplate continuing to represent him.

9. Separate and apart from winding down my law practice, Mr. White and I have not been able to come to an agreement on formulating persuasive appellate arguments. Given the somewhat unusual procedural path his case has taken that includes a dismissal in the District Court, and a reversal on appellate review requiring remand for sentencing, Mr. White will be better served by having the benefit of "fresh eyes" to identify any potential issue worthy of briefing and argument.

10. It would be preferable, on behalf of Mr.White to appoint new counsel to explore the efficacy of the arguments he wishes to raise – and also render further advice to Mr. White that, with the advantage of a second opinion may influence his decision whether to proceed with the appeal. I now respectfully ask the Court to relieve me of this assignment and appoint new counsel to perfect the appeal.

WHEREFORE, it is respectfully requested that an Order be made and entered relieving the undersigned as counsel for MICHAEL WHITE, and appointing new counsel to render assistance to the Defendant-Appellant.

Dated: June 7, 2023
New York, New York

Michael H. Sporn (MS1249)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee, | : | |
| -against- | : | CERTIFICATE OF SERVICE |
| MICHAEL WHITE, | : | |
| Appellant. | : | DOCKET NO. 23-6488 |

-----------------------------------------------------x

Michael H. Sporn declares under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct:

1. That I am the attorney for the Defendant-Appellant herein.

2. That on the 7th day of June, 2023, I served the within Motion and accompanying Declaration by delivering a copy thereof by depositing it in an enclosed postpaid properly addressed wrapper in an official depository of the post office under the exclusive care and custody of the United States Postal Service within New York State to MICHAEL WHITE, 67838-054, the Defendant-Appellant, at FDC Philadelphia, Federal Detention Center, P.O. Box 562, Philadelphia, Pa 19105, and by email to Alexandra Rothman, Assistant United States Attorney, Southern District of New York at Alexandra,Rothman@usdoj.gov..

Dated: June 7, 2023
New York, New York

[signature]
Michael H. Sporn