**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand twenty-four,

Present: John M. Walker, Jr.,
William J. Nardini,
Steven J. Menashi,

*Circuit Judges*.

---

United States of America,

Appellee,

v.

Joey Colon, Demetrius Wingo, Poppa, Anthony Bush, Ant, David Oquendo, Christian Perez, Pun, James Robinson, Christopher Howard, JuJu, Allen Knight, Stutter, Miguel Calderon, Mick, James Snipes, 80 Mese, Wesley Monge, Wes, Oscar Briones, O Block, Roy Robinson, Mob,

Defendants - Defendants,

Michael White, AKA Mike,

Defendant - Appellant.

---

**ORDER**
Docket No. 23-6488

Appellant, Michael White, filed a motion for reconsideration and the panel that determined the motion has considered the request.

IT IS HEREBY ORDERED, that the motion is denied.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court