S.D.N.Y. – N.Y.C.
17-cr-611
Torres, J.

MANDATE

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty-four.

Present:
John M. Walker, Jr.,
William J. Nardini,
Steven J. Menashi,
*Circuit Judges*.

---

United States of America,
*Appellee*,

v. 23-6488

Joey Colon, et al.,
*Defendants*,

Michael White, AKA Mike,
*Defendant-Appellant*.

---

Appellant Michael White, through counsel, moves for remand to the district court for the district court to grant or deny a certificate of appealability, which we will treat as a request to this Court for a certificate of appealability. Appellant's motion in the district court was brought pursuant to 28 U.S.C. § 2255. To pursue an appeal of the denial of a § 2255 motion, Appellant must obtain a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B). Upon due consideration, it is hereby ORDERED that a certificate of appealability is DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

MANDATE ISSUED ON 03/26/2024