**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

MOTION INFORMATION STATEMENT

Docket Number(s): 23-6488 _____          _____ Caption [use short title] _____

Motion for: Michael White _____

_____

_____

Set forth below precise, complete statement of relief sought:

I was appointed to represent Mr. White pursuant to the Criminal Justice Act

in connection with a motion for reduction in sentence in district court

that was withdrawn. I respectfully submit this motion on behalf of

Mr. White to substitute appellate CJA counsel to pursue appellate

relief in the above-referenced action.

_____

**United States of America v. Michael White**

MOVING PARTY: Michael White _____          OPPOSING PARTY: USA _____

☐ Plaintiff          ☑ Defendant

☐ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY: Carrie H. Cohen _____          OPPOSING ATTORNEY: AUSA Alexandra N. Rothman _____

[name of attorney, with firm, address, phone number and e-mail]

Morrison & Foerster LLP          United States Attorney's Office for the Southern District of New York

250 W. 55th Street          One Saint Andrew's Plaza

New York, NY 10019          New York, NY 10007

Court- Judge/ Agency appealed from: Hon. Analisa Torres, U.S. District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?          ☐ Yes  ☐ No

Has this relief been previously sought in this court?          ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

Carrie H. Cohen _____ Date: June 23, 2026 _____   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

**No. 23-6488**

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

MICHAEL WHITE,

*Appellant*,

v.

UNITED STATES OF AMERICA,

*Appellee*.

Appeal from the U.S. District Court for the Southern District of New York
No. 1:17-cv-00611-AT, Hon. Analisa Torres

## DECLARATION OF CARRIE H. COHEN
## IN SUPPORT OF DEFENDANT-APPELLANT'S
## MOTION FOR SUBSTITUTE CJA APPELLATE COUNSEL

I, Carrie H. Cohen, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in the State of New York, and I am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, and counsel of record for defendant-appellant Michael White ("White") in this appeal. I make this declaration in support of White's motion to appoint substitute appellate counsel pursuant to the Criminal Justice Act of 1964 ("CJA").

2.     On May 21, 2025, I was appointed as CJA counsel for White in *United States v. White*, Southern District of New York Case No. 1:17-cv-00611-AT.

3.     Attached as **Exhibit A** is a true and correct copy of the order appointing me as CJA counsel in the District Court.

4.     During the course of my representation of White in the District Court, I became aware of facts that suggest White may be entitled to appellate relief.

5.     Accordingly, on June 22, 2026, I filed a notice of appearance for the purpose of filing the instant motion for substitute appellate CJA counsel to represent White with respect to appellate relief he may wish to pursue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 25, 2026.

/s/ *Carrie H. Cohen*
Carrie H. Cohen

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure and the Second Circuit Rules.

Dated:  June 25, 2026

/s/ *Carrie H. Cohen*

Carrie H. Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the Pacer system on June 25, 2026.

I certify that all participants in the case are registered Pacer users and that service will be accomplished with the Pacer system.

Dated: June 25, 2026

/s/ *Carrie H. Cohen*
Carrie H. Cohen

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL WHITE,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/21/2025
```

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Carrie Cohen, the CJA attorney assigned to receive cases on this day, May 21, 2025, is ordered to assume representation of Defendant in the above-captioned matter, *nunc pro tunc* February 18, 2025.

      SO ORDERED.

Dated: May 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge